**Mark YOUNG, Petitioner**

v.

**PRESIDENT JUDGE OF THE COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent**

No. 158 EM 2016

Supreme Court of Pennsylvania.

January 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of January, 2017, the Application for Leave to File Original Process and Petitions for Leave to Respond are **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

■

**Johnny BERRY, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

No. 154 EM 2016

Supreme Court of Pennsylvania.

January 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of January, 2017, the Application for Leave to File Original Process and the Petition Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Prince ISAAC, Petitioner**

No. 603 MAL 2016

Supreme Court of Pennsylvania.

January 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.